# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1055
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Deborah Mae Erenberger, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 15, 2003
Filed: September 15, 2003
_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.
_____

PER CURIAM.

Deborah Erenberger pleaded guilty to aiding and abetting the distribution of approximately 9.8 grams of a substance containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) (2000), and 18 U.S.C. § 2 (2000). The District Court[1] sentenced her to fifty-seven months of imprisonment and four years of supervised release. On appeal, counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the District Court abused its discretion in refusing to depart

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

downward under United States Sentencing Guidelines § 5K2.0 (2002), based on defendant's extraordinary post-offense rehabilitation.

The record indicates, however, that the District Court made an entirely discretionary decision not to depart, which is unreviewable on appeal. See United States v. Lim, 235 F.3d 382, 385 (8th Cir. 2000). Following our independent review of the record, see Penson v. Ohio, 488 U.S. 75, 83 n.6 (1988), we find no nonfrivolous issues. Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.